IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOAB ANTHONY SWAYZE**                                                                                         **PLAINTIFF**
**ADC #653293**

v.                              Case No. 4:23-CV-00151-LPR-PSH

**FRED PHILLIPS, et al.**                                                                                        **DEFENDANTS**

## ORDER

Plaintiff has submitted this case for filing in this District. However, from the facts alleged and the Defendants described, it appears that venue properly lies in the Western District of Arkansas. Pursuant to 28 U.S.C. § 1391(b),

A civil action may be brought in—

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

(3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

Mr. Swayze complains about events that occurred at the Hot Spring County Jail in Malvern, Hot Spring County, Arkansas, and he states that the named Defendants are employed there.[1]  Hot Spring County is in the Hot Springs Division of the United States District Court for the Western

---

[1] Compl. (Doc. 2).

District of Arkansas. Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas.[2]

It is therefore ordered that the Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 2nd day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[2] *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").